UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA

IN RE:

MARC HARRY JEAN-PIERRE and

GUIRLENE B. JEAN-PIERRE,

    Debtors.

CASE NO.: 14-17464-RBR

Chapter 13

_____/

## POWER FINANCIAL CREDIT UNION'S EX-PARTE MOTION TO SHORTEN TIME FOR RESPONSE TO SUBPOENA FOR DOCUMENTS

POWER FINANCIAL CREDIT UNION ("PFCU") by and through undersigned counsel, files this, their Ex-Parte Motion to Shorten Time for Response to Subpoena for Documents, and in support thereof, does state:

1. Marc Harry Jean-Pierre and Guirlene B. Jean-Pierre (the "Debtors") filed a voluntary petition under Chapter 13 of the Bankruptcy Code on Mach 31, 2014 (the "Petition Date").

2. On Schedule A, filed by the Debtors in this case, the Debtors listed their interest in a real property located at 741 NW 93 Terrace, Pembroke Pines, FL 33024 (the "Property") as their Homestead property.

3. On July 24, 2014, the Debtors filed a *Motion to Value and Determine Secured Status of Lien on Real Property* [ECF #22] (the "Motion"), alleging that the Property is currently worth $169,170.00 and seeking to have the Property valued accordingly.

4. Power Financial Credit Union, is a Secured Creditor, and maintains a security interest in the Property by virtue of a second Mortgage recorded in the Public Records of Broward

County.

5. PFCU disputes the Debtors' assertion that the value of the Property is $169,170.00.

6. The matter is currently set on the Court's calender for Evidentiary Hearing on September 18, 2014 at 1:00 P.M.

7. On August 21, 2014 Counsel for Power Financial Credit Union forwarded correspondence to Debtors' counseling requesting the production of Debtors' appraisal and the opportunity to discuss options prior to the upcoming September 18, 2014 Hearing. Debtors' counsel has not responded to date.

8. It is the Debtors burden to establish that there is no equity in the real property, above the first mortgage position, in order to "lien strip" this second mortgage from the Debtors' homestead property, so the Debtors should have this information readily available, in preparation for the upcoming hearing.

9. PFCU needs the requested information in order to properly prepare for the September 18, 2014 hearing.

10. PFCU was forced to prepare and serve a Subpoena for Documents against the Debtors on September 9th, and since the hearing is in 9 days, PFCU requests that the response to that Subpoena be shortened to 6 days so that the response will be received no later than 5pm on September 16, 2014. The Subpoena only requires a response to 3 items of discovery.

11. This shortened notice request is not sought to burden the Debtors but to provide

discovery responses to PFCU.

**WHEREFORE,** Power Financial Credit Union, respectfully requests an Order of this Court shortening the time for the Debtors to respond to PFCU's Subpoena for Documents to 6 days, but no later than 5pm on September 16, 2014, and for such other relief as this Court determines to be just and proper.

### CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was transmitted electronically via CM/ECF upon: the **Office of the U.S. Trustee**, USTPRegion21.MM.ECF@usdoj.gov; **Robin R. Weiner, Trustee**, ecf@ch13weiner.com; ecf2@ch13weiner.com; **Patrick L. Cordero, Esq., Debtors' Counsel,** PCBankruptcyMail@pcorderolaw.com; and via First Class U.S. Mail upon: **Marc Harry Jean-Pierre and Guirlene B. Jean-Pierre, Debtors**, 741 NW 93 Terrace, Pembroke Pines, FL 33024, on this 9th day of September, 2014.

RYAN LAW FIRM, P.A.
Attorney for Power Financial
Credit Union
8500 SW 92 Street, Suite 202
Miami, Florida 33156
Telephone: (305) 275-2733
Facsimile: (305) 275-2732
By: _____
D. Jean Ryan
Florida Bar No.: 396818

jryan@ryanlawpa.com