UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

IN RE:                                              CASE NO.: 14-17464-RBR

MARC HARRY JEAN-PIERRE and
GUIRLENE B. JEAN-PIERRE,                            CHAPTER 13

    Debtors.
_____/

## POWER FINANCIAL CREDIT UNION'S OBJECTION TO CONFIRMATION OF FIRST AMENDED CHAPTER 13 PLAN

Power Financial Credit Union ("PFCU") by and through undersigned counsel, and pursuant to 11 U.S.C. §§ 1324(a), and 1325(5) files this, its *Objection to Confirmation* (the "Objection"), and in support thereof, does state:

### BACKGROUND

1. Marc Harry Jean-Pierre and Guirlene B. Jean-Pierre (the "Debtors") filed a voluntary petition under Chapter 13 of the Bankruptcy Code on Mach 31, 2014 (the "Petition Date").

2. On Schedule A, filed by the Debtors in this case, the Debtors listed their interest in a real property located at 741 NW 93 Terr, Pembroke Pines, FL 33024 (the "Property") as their Homestead property.

3. On Schedule C, filed by the Debtors in this case, the Debtors have claimed the Property as their exempt Homestead property.

4. The Debtors state that the Property is encumbered by two mortgages totaling $270,433.46: the first mortgage held by Americas Servicing Co ("ASC") with a balance of $234,951.00, and the

1

second mortgage held by PFCU with a balance of $35,482.46. (*See* Debtors' Schedule A and D).

5. The Debtors state that the Property's value is $169,170.00 (*See* Debtors' Schedule A and D)..

6. On July 24, 2014, Debtors filed a Motion to Value and Determine Secured Status of Lien on Real Property (ECF #22).

7. PFCU objects to the Debtors' valuation of the Property. PFCU believes the current fair market value of the Property is at least $275,000.00, based on the Appraisal of Real Property (the "Appraisal") obtained by PFCU. Based on the Appraisal, after deduction of the value of ASC's senior lien, there remains at least $40,049.00 of equity in the Property.

8. The Debtors are retaining the benefits of this property as their Homestead. Accordingly, the Debtors are not entitled to strip down the mortgage and due to the existence of equity above the first mortgage, are also not entitled to "strip off" or "strip down" the second mortgage held by PFCU.

9. As such, since PFCU's claim is far from "unsecured" but rests on at least $40,049.00 of equity after satisfaction of the senior lien in property held as their homestead, the Debtors have no ability to "strip down" or "strip off" PFCU's secured claim.

10. On September 12, 2014 Debtors filed a Withdrawal of Motion to Value and Determine Secured Status of Lien on Real Property Held by Power Financial Credit Union and Cancellation of Hearing Scheduled for September 18, 2014 (ECF #39).

**RELIEF REQUESTED**

11. Accordingly, PFCU objects to the Debtors' attempt to "strip down" or "strip off" the lien held by PFCU and further objects to confirmation of the First Amended Chapter 13 Plan, as proposed.

WHEREFORE, Power Financial Credit Union, respectfully requests an order of this Court denying confirmation of the Debtors' First Amended Chapter 13 plan as proposed, and for such other relief as the Court determines to be equitable and just.

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served on this 16th day of September, 2014, upon all parties in interest as listed below.

RYAN LAW FIRM, P.A.
Attorney for Creditor,
Power Financial Credit Union
8500 SW 92nd Street, Suite 202
Miami, Florida 33156
Telephone: (305) 275-2733
Facsimile: (305) 275-2732

By: /s/ D. Jean Ryan
D. Jean Ryan
Florida Bar No.: 396818
jryan@ryanlawpa.com

## Mailing Information for Case 14-17464-RBR

**Electronic Mail Notice List** (CM/ECF):

Office of the U.S. Trustee, USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner, Trustee, ecf@ch13weiner.com; ecf2@ch13weiner.com

Patrick L Cordero, PCBankruptcyMail@pcorderolaw.com

Cynthia M Talton, sobkmail@wolfelawfl.com

**Electronic Mail Notice List** (Email):

Power Financial Credit Union, c/o Yuleima Price, YPrice@powerfi.org

**Manual Notice List** (First Class U.S. mail):

Marc Harry Jean-Pierre and Guirlene B. Jean-Pierre, Debtors
741 NW 93 Terrace
Pembroke Pines, FL 33024

4