**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**   www.flsb.uscourts.gov
X __4TH__   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Marc Harry Jean Pierre   JOINT DEBTOR: Guirlene B. Jean Pierre   CASE NO.: 14-17464 BKC-RBR
Last Four Digits of SS# __8630__   Last Four Digits of SS# __5053__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.   $ __360.67__ for months __1__ to __6__;
    B.   $ __500.00__ for months __7__ to __18__;
    C.   $ __812.24__ for months __19__ to __60__; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00 + $750 (MTV) + $175 Cost = $4,425.00   TOTAL PAID $ 1,750.00
    Balance Due   $ 2,675.00 payable $200.00/month(Months 1 to 6); $295.00/month(Months 7 to 11)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Name: Power Financial Credit Union (2nd Mtg)   Arrearage on Petition Date $ 585.68
Address: 2020 NW 150 Ave   Arrears Payment $ 32.54 /month (Months 1 to 18)
    Pembroke Pines, FL 33028   Arrears Payment $ 0.00 /month (Months 19 to 60)
Account No.: 7003   Regular Payment $ 95.34 /month (Months 1 to 6)
    Regular Payment $ 127.01 /month (Months 7 to 11)
    Regular Payment $ 346.29 /month (Months 12 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  | $ 0.00 | 1 To 60 | $ 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service   Total Due $ 6,707.25
    Payable   $ 0.00 /month (Months 1 to 11)
    Payable   $ 37.86 /month (Months 12 to 18)
    Payable   $ 153.39 /month (Months 19 to 60)

Unsecured Creditors:   Pay $ 0.00 /month (Months 1 to 11).
    Pay $ 37.86 /month (Months 12 to 18).
    Pay $ 238.72 /month (Months 19 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Americas Servicing Co (H/s-1st Mtg-Acct #8953), Pob 10328, Des Moines, IA 50306 is current and being paid outside the plan. Select Portfolio Servicing (Non-H/s-Acct#8505) Pob 65250, Salt Lake City, UT 84165 and White Oak Trail Homeowners Association, Inc (Non-H/s-HOA-Acct#54) 550 Balmoral Circle N #305, Jacksonville, FL 32218 are being surrendered through the Chapter 13 Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/_____   _____/s/_____
Debtor   Joint Debtor

Date: __10/22/2014__   Date: __10/22/2014__

LF-31 (rev. 01/08/10)